■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT JOHNSON, Appellant. [961 NYS2d 354]—An appeal having been taken to this Court by the above-named appellant from a judgment of the Supreme Court, New York County (Robert M. Stolz, J.), rendered on or about April 14, 2010, said appeal having been argued by counsel for the respective parties, due deliberation having been had thereon, and finding the sentence not excessive, it is unanimously ordered that the judgment so appealed from be and the same is hereby affirmed. Concur—Gonzalez, P.J., Tom, Richter and Abdus-Salaam, JJ.

■ ROBERT CENITE, Respondent, v PYRAMID FLOOR COVERING, INC., Appellant. [960 NYS2d 310]—

Order, Supreme Court, New York County (Barbara Jaffe, J.), entered on or about February 3, 2012, which, in this personal injury action, denied defendant's motion to set aside the jury award in the amount of $180,000 for plaintiff's past lost earnings, and granted plaintiff's motion for an order entering judgment in accordance with the jury verdict, unanimously affirmed, with costs.

Although the lost earnings award was based solely on plaintiff's testimony, without supporting documentation, defendant did not challenge the testimony by using plaintiff's employment records or any other evidence (see Kane v Coundorous, 11 AD3d 304, 305 [1st Dept 2004]). The evidence of plaintiff's earnings immediately preceding his accident was sufficient to support the jury's award for past lost earnings (id.). Concur—Gonzalez, P.J., Tom, Richter and Abdus-Salaam, JJ.